# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FRANKLIN WENDELL "DALE"
CHURCH

NO. 2021 KW 0411

JULY 6, 2021

---

In Re:  Franklin Wendell "Dale" Church, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 28,283.

---

**BEFORE:  CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** The issues raised in the ten remaining claims for postconviction relief could be summarily disposed of using the application for postconviction relief, the record, and the other documents that were available to the district court. See La. Code Crim. P. arts. 929(A) & 930(A). See also **State ex rel. Roper v. Cain**, 99-2173 (La. App. 1st Cir. 10/26/99), 763 So.2d 1, 5 (*per curiam*), writ denied, 2000-0975 (La. 11/17/00), 773 So.2d 733. Therefore, relator failed to meet his burden of proving that he is entitled to postconviction relief, and the district court did not err by not holding an evidentiary hearing on the claims.

**WRC**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT